Penelow v. Janssen Products L.M. Moyser P.M. Moyser P.M. Moyser P.M. Moyser P.M. Moyer